SAMUEL C. IRVIN et al., Respondents, *v.* CITIZENS TRUST COMPANY et al., as Administrators of the Estate of MARY S. CODDINGTON, Deceased, Appellant.

(Argued October 17, 1928; decided November 20, 1928.)

*T. P. Heffernan* and *J. S. Lambert* for appellants.
*Nelson J. Palmer* for respondent.

 no opinion.
Concur: CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.
Dissent: CARDOZO, Ch. J., POUND and KELLOGG, JJ.